**Hanna ROSNER, as Guardian of Israel Rosner, Hanna Rosner, Individually, Plaintiff–Appellee,**

Charles D. Mintz, Letty Mintz, Third–Party–Defendant–Appellees,

v.

METROPOLITAN PROPERTY AND LIABILITY INSURANCE COMPANY, Defendant–Third Party–Plaintiff–Appellant.

Docket No. 99–9110.

United States Court of Appeals, Second Circuit.

July 20, 2001.

Edward B. Flink, Latham, NY; Flink, Smith & Associates, LLC, for appellant.

Brian J. Isaac, Pollack, Pollack, Isaac & DeCicco, New York, NY; Herbert S. Subin, Subin Associates LLP, of counsel, for plaintiff-appellee.

Present LEVAL and SOTOMAYOR, Circuit Judges, and MURTHA, District Judge.*

### SUMMARY ORDER

The judgment of the district court is hereby vacated. The case is remanded to the district court for further proceedings in the light of the decision of the Court of Appeals of the State of New York. *See Rosner v. Metropolitan Property and Liability Ins. Co.*, 96 N.Y.2d 475, 729 N.Y.S.2d 658, 754 N.E.2d 760 (2001).

* The Honorable J. Garvan Murtha, Chief United States District Judge for the District of